September 17, 2023

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2023 SEP 21 P 1:43

_____
DEPUTY CLERK

United States District Court
Clerk of Court
156 Federal Street
Portland, Maine 04101

RE: Civil Action No 2:23-cv-00301-JAW

In response to service of summons, I request court supervised mediation services thru the court.

*Ann-Marie Abbott*

Ann-Marie Abbott
86 Brydon Way
Westbrook, Maine 04092

Cc: Reneau Longoria  Doonan, Graves & Longoria