June 25, 2024

United States District Court
District of Maine
Clerk of Court
156 Federal Street
Portland, Maine 04101

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2024 JUN 28 P 12: 04

DEPUTY CLERK

RE: Civil Action No 2:23-cv-00301-JAW / Motion for Entry of Default

In response to Plaintiff's Motion for Entry of Default, I respectfully request the default judgment not to be granted:

1. Home is currently on the market (as of 6-17-2024) with Marie Flaherty/Flaherty Group.

2. Listing Agreement was sent to Reneau Longoria (Plaintiff) on 6-19-2024 by Jason Thomas, CEI's Director of Financial Development Services, who has been working with me thru this process.

Unfortunately, I misunderstood the earlier Motion to Extend Time sent to me in May, or I would have responded. Based on the feedback from my realtor, I would expect my property to sell in relatively short order. I am happy to provide to both the court and the plaintiff a copy of any purchase and sale agreement I accept immediately.

Respectfully,

Ann-Marie Abbott
86 Brydon Way
Westbrook, Maine 04092

Cc: Reneau Longoria, Doonan, Graves & Longoria