October 8, 2024



U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2024 OCT 11   P 2: 33

_____
DEPUTY CLERK

United States District Court
District of Maine
Clerk of Court
156 Federal Street
Portland, Maine  04101


RE:  Civil Action No 2:23-cv-00301-JAW / US BANK NATIONAL ASSOCIATION v. ABBOTT

In response to court document #43, I respectfully request the default judgment not to be granted:

1. To date, we have received 2 signed Purchase and Sale Agreement Offers (please see enclosed copies) which we are in the process of negotiating.   Copies of both offers were sent to plaintiff via Reneau Longoria, plaintiff's attorney.

I am confused about the repeated mention in court documents referring to me *not filing an answer to the foreclosure complaint*.  Throughout the foreclosure mediation process, both CEI and I communicated with plaintiff's attorney and on several occasions afterward.  We have never received a request for a response from the plaintiff or I would have responded immediately.  Although I am unable to afford an attorney, I have tried to understand and comply with all requests from the court and plaintiff to the best of my ability.



Respectfully,

Ann-Marie Abbott
86 Brydon Way
Westbrook, Maine  04092




Cc:  Reneau Longoria, Doonan, Graves & Longoria
       Jason Thomas, CEI Director of Financial Development Services