# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust<br><br>**Plaintiff**<br><br>vs.<br><br>Ann-Marie Abbott<br><br>**Defendant**<br><br>Internal Revenue Service<br>State of Maine - Maine Revenue Services<br>Brydon Farm Condominiums Asssociation<br>c/o Dirigo Management Company<br><br>**Parties-In-Interest** | CIVIL ACTION NO: 2:23-cv-00301-JAW<br><br>PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO SET ASIDE<br><br>RE:<br>86 Brydon Way, Unit Number 42, Brydon Farms Condominium, Westbrook, ME 04092<br><br>Mortgage:<br>March 24, 2006<br>Book 23791, Page 51 |

NOW COMES the Plaintiff in this matter, U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust, and hereby responds in Opposition to Defendant's Motion to Set Aside filed on October 11, 2024, at ECF Document No. 44. Plaintiff states the following;

1. Plaintiff is aware of and supportive of the apparent attempt to sell the subject property, however, the Purchase and Sale Agreements provided in support of her motion have expired and are not executed by the Defendant.

2. Listing a property for sale is not a defense to foreclosure, and, as with most sales, the price, condition and cooperation with marketing, are all factors in the process of

completing a sale on the property.

3. The Defendant has, to date, failed, despite prodding from the Court, to file an Answer.

4. The Defendant will have ninety days to complete any sale after a judgment enters and thus proceeding to a Damages Hearing or Trial at this point will not impact her ability to complete a sale for more than the debt owed.

5. It is respectfully requested that the Motion be denied, and the Bench Trial be held on October 28, 2024.

DATED: October 17, 2024

<u>/s/ Reneau J. Longoria, Esq.</u>
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

# CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 17th day of October, 2024, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Ann-Marie Abbott
86 Brydon Way
Westbrook, ME 04092

IRS - Department of the Treasury
1500 Pennsylvania Ave SE
Washington, DC 20003

State of Maine - Maine Revenue Services
24 State House Station
Augusta, ME 04333

Brydon Farm Condominiums Asssociation c/o Dirigo Management Company
One City Center
Portland, ME 04101